FILED

May 05 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            s/DDE            DEPUTY

ORDERED UNSEALED on 05/28/2026   s/ BreanneC

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2026 Grand Jury

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

OSCAR MICHAEL HERNANDEZ (1),
RAJAB NABEEL QAWASMI (2),
     aka "Q,"

                Defendants.

Case No.   '26 CR1692 LL

I N D I C T M E N T

Title 21, U.S.C., Secs. 841(a)(1),
841(b)(1)(B)(ii), and 846 –
Conspiracy to Distribute Cocaine;
Title 21, U.S.C., Sec. 841(a)(1) and
841(b)(1)(B)(ii) – Distribution of
Cocaine; Title 18, U.S.C., Sec. 2 –
Aiding and Abetting; Title 21,
U.S.C., Sec. 853 – Criminal
Forfeiture

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including December 4, 2025, within the Southern District of California and elsewhere, defendants OSCAR MICHAEL HERNANDEZ and RAJAB NABEEL QAWASMI, aka "Q," did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii) and 846.

MAD:nlv:San Diego:5/4/26

Count 2

On or about November 13, 2025, within the Southern District of California, defendants OSCAR MICHAEL HERNANDEZ and RAJAB NABEEL QAWASMI, aka "Q," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 3

On or about December 4, 2025, within the Southern District of California, defendants OSCAR MICHAEL HERNANDEZ and RAJAB NABEEL QAWASMI, aka "Q," did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 3 are hereby re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants shall forfeit to the United States any and all property constituting, and derived from, any proceeds that the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part

2

to commit and to facilitate the commission of the violations alleged in Counts 1 through 3 of this Indictment.

3.   If any forfeitable property, as a result of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: May 5, 2026.

A

Fo

ADAM GORDON
United States Attorney

By: _MICHAEL A. DESHONG_
MICHAEL A. DESHONG
Assistant U.S. Attorney

3